**STATE v. LOCKLEAR**

[361 N.C. 688 (2007)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TINA LYNN LOCKLEAR | ) | |

No. 430PA06

The State's petition for discretionary review is allowed for the limited purpose of vacating that portion of the Court of Appeals' opinion which remands for re-sentencing. The judgment of the trial court is arrested. *See State v. Pakulski,* 326 N.C. 434, 439, 390 S.E.2d 129, 132 (1990).

By order of the Court in conference this 8th day of November, 2007.

Hudson, J.
For the Court